# Third District Court of Appeal

## State of Florida

Opinion filed November 10, 2022.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D21-1545
Lower Tribunal No. 19-35962

————————

**Dr. James Eric McDonough,**
Appellant,

vs.

**City of Homestead, et al.,**
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, Pedro P. Echarte, Jr., Judge.

Dr. James Eric McDonough, in proper person.

Weiss Serota Helfman Cole & Bierman, P.L., and Edward G. Guedes and Samuel I. Zeskind (Fort Lauderdale), for appellee City of Homestead.

Before LOGUE, HENDON and GORDO, JJ.

PER CURIAM.

Affirmed. See Fla. Agency for Health Care Admin. v. Zuckerman Spaeder, LLP, 221 So. 3d 1260, 1263 (Fla. 1st DCA 2017) ("The proper standard utilized in reviewing a trial court's decision on a petition for writ of mandamus is abuse of discretion."); Florida Holding 4800, LLC v. Lauderhill Lending, LLC, 275 So. 3d 183, 187 (Fla. 4th DCA 2019) ("[A] party cannot successfully complain about an error for which he or she is responsible or of rulings that he or she has invited the trial court to make." (quoting Millsaps v. Kaltenbach, 152 So. 3d 803, 805 (Fla. 4th DCA 2014))); Vidal v. Liquidation Props., Inc., 104 So. 3d 1274, 1276 (Fla. 4th DCA 2013) (finding that if an "issue was waived, it cannot be grounds for reversal on appeal").